# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2012

*The Court of Appeals hereby passes the following order*

**A12I0218 HMI PROPERTY SOLUTIONS, INC. d/b/a SOUTHERN PINES et al v. IBRAHIM KURJAK et al**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11A393685



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, May 07, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*